Robert C. PORTER et al., Petitioners, v. Honorable Albert L. REEVES and Honorable Merrill E. Otis, Judges of the U. S. District Court, Western District of Missouri.

No. 403.

Circuit Court of Appeals, Eighth Circuit.

Feb. 15, 1937.

I. J. Ringolsky, William G. Boatright, Harry L. Jacobs, James Daleo, and Ludwick Graves, all of Kansas City, Mo., for petitioners.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for respondents.

PER CURIAM.

Application for leave to file petition for writ of prohibition denied.